UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON WIRELESS SERVICES, LLC, AND
JOHN DOE

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and because Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, IMECCA J. WELSH, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, VERIZON WIRELESS SERVICES, LLC, ("Verizon") is a limited liability company formed under the laws of the State of Delaware and

1

citizen of the State of Delaware with its principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920.

5. Defendant is registered with the Florida Department of State Division of Corporations as a foreign limited liability company. Its registered agent for service of process is CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

6. Defendant is authorized to do business in Florida.

7. Defendant conducts business in Broward County, Florida.

8. Defendant, John Doe, is a Verizon related entity the precise identity of which is unknown to Plaintiff.

## FACTUAL ALLEGATIONS

9. Defendants, or others acting on their behalf, left the following pre-recorded message on Plaintiff's voice mail on her cellular telephone on or about the date stated:

> **October 14, 2016 at 12:20 PM – Pre-recorded message**
> Hello. This is Verizon calling with an urgent message for Ashley Stevens. This is not a sales or marketing call. Please call us immediately for important information related to your Verizon account at 1-888-423-0900. Thank you. Verizon appreciates your business.

10. In addition to the foregoing message, Defendants left many other identical or very similar pre-recorded messages and text messages on Plaintiff's cellular telephone.

11. Plaintiff is unaware of the identity of Ashley Stevens.

12. Plaintiff expended time and effort dealing with Defendants messages and deprived of the use of her cellular telephone during such messages.

13. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

14. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

15. Plaintiff incorporates Paragraphs 1 through 14.

16. Defendants, or others acting on their behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without her consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

   a. Damages;

   b. a declaration that Defendants calls violate the TCPA; and

   c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com

By: s/ Donald A. Yarbrough

3

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

4