UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-62090-Civ-Smith/Valle

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON WIRELESS SERVICES, LLC AND JOHN DOE

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF VERIZON WIRELESS SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties jointly stipulate to a Dismissal with Prejudice of VERIZON WIRELESS SERVICES, LLC, without costs.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Armando P. Rubio, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Fields Howell |
| Fort Lauderdale, Florida 33339 | Dadeland Centre I, Suite 1012 |
| Telephone: 954-537-2000 | 9155 South Dadeland Boulevard |
| Facsimile: 954-566-2235 | Miami, FL 33156 |
| | Telephone: 786-870-5600 |
| | Facsimile: |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Armando P. Rubio |
| Donald A. Yarbrough, Esq. | Armando P. Rubio, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-62090-Civ-Smith/Valle

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON WIRELESS SERVICES, LLC AND JOHN DOE

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 8, 2021 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Donald A. Yarbrough
                                      Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. Armando P. Rubio, Esq.
Fields Howell
Dadeland Centre I, Suite 1012
9155 South Dadeland Boulevard
Miami, FL 33156
Telephone: 786-870-5600
Electronic Mail Address: arubio@fieldshowell.com

Via Notices of Electronic Filing generated by CM/ECF