UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-62090-CIV-SMITH**

IMECCA J. WELSH,

    Plaintiff,

vs.

VERIZON WIRELESS
SERVICES, LLC, *et al.*,

    Defendants.

_____/

## ORDER OF FINAL DISMISSAL WITH PREJUDICE AS TO VERIZON WIRELESS SERVICES, LLC

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 21] as to Defendant Verizon Wireless Services, LLC. Accordingly, it is

**ORDERED that:**

1. This matter is **DISMISSED WITH PREJUDICE** as to Defendant Verizon Wireless Services, LLC.

2. Each party shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of February 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record