UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-62090-Civ-Smith/Valle

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON ONLINE LLC,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Imecca J. Welsh, files this Motion for Entry of Final Judgment against Defendant, Verizon Online LLC, and in support thereof states as follows:

1. On April 27, 2021, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68.

2. On May 4, 2021, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely.

3. On May 4, 2021, Plaintiff filed a true copy of Defendant's Offer of Judgment and Plaintiff's acceptance thereof with the Court. (DE 31).

4. Defendant's Offer of Judgment provides for entry of a Judgment of $1,500.00 in favor of Plaintiff.

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

By service of its Offer in Judgment upon Plaintiff, Defendant has consented to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Final Judgment in favor of Plaintiff, Imecca J. Welsh, and against Defendant, Verizon Online LLC, in the amount of $1,500.00 and reserve jurisdiction on the issue of Plaintiff's costs.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-62090-Civ-Smith/Valle

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON ONLINE LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Armando P. Rubio, Esq.
Fields Howell
Dadeland Centre I, Suite 1012
9155 South Dadeland Boulevard
Miami, FL 33156
Telephone: 786-870-5600
Electronic Mail Address: arubio@fieldshowell.com

Via Notices of Electronic Filing generated by CM/ECF