UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-62090-CIV-SMITH**

IMECCA J. WELSH,

    Plaintiff,

vs.

VERIZON WIRELESS
SERVICES, LLC, *et al.*,

    Defendants.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

This matter is before the Court on Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [DE 31] and Plaintiff's Motion for Entry of Final Judgment [DE 32].

**ORDERED** that:

1. Plaintiff's Motion for Entry of Final Judgment [DE 32] is **GRANTED**. Final Judgment is **ENTERED** in favor of Plaintiff, Imecca J. Welsh, and against Defendant, Verizon Online LLC, in the amount of $1,500.

2. The Court retains jurisdiction on the issue of Plaintiff's cost.

3. A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

4. This case is **CLOSED.**

**DONE and ORDERED**, in Fort Lauderdale, Florida, on this 5th day of May.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE