UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62090-CIV-SMITH

IMECCA J. WELSH,

    Plaintiff,

v.

VERIZON WIRELESS, LLC,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion for Bill of Costs [DE 36], in which the Magistrate Judge recommends granting Plaintiff's Unopposed Motion for Bill of Costs [DE 34]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Defendant has not objected, it is

    **ORDERED** that

    1. The Report and Recommendation to District Judge [DE 36] is **AFFIRMED and ADOPTED.**

    2. Plaintiff's Application for Bill of Costs [DE 34] is **GRANTED.** Plaintiff is awarded $500.00 in costs.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of December 2021.

                                                                                               RODNEY SMITH
                                                                            UNITED STATES DISTRICT JUDGE

Cc Counsel of record